UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

|  |  |
|---|---|
| In Re: | Case No.:    19-28873-SLM |
| Sonya Royster, | Chapter:    13 |
| Debtor. | Hearing Date:    4/13/2022 |
|  | Judge:    Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Application to Terminate Loss Mitigation (Docket # 131)

_____

Date: 04/08/2022_____          /s/ Denise Carlon_____
                                          Signature

*rev.8/1/15*